**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPEARS,<br><br>              Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICER MR. COX, ET AL.,<br><br>              Defendants. | CASE NO. CV 09-04996 RGK (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

        The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: June 10, 2010

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE