**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN SPEARS, | ) | CASE NO. CV 09-04996 RGK (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| CORRECTIONAL OFFICER MR. COX, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: June 10, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE